# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

IN RE: P.G.F : No. 58 WAL 2020
:
:
PETITION OF: K.F., NATURAL FATHER : Petition for Allowance of Appeal
: from the Order of the Superior Court

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of April, 2020, the Petition for Allowance of Appeal is **GRANTED**. The issue, as stated by Petitioner, is:

> Whether the trial court and the Superior Court erred in determining that the Guardian *Ad Litem* could act as both legal counsel for the child as well as "best interests" counsel for the minor child, when the child's legal counsel failed to sufficiently inquire into the child's preferred outcome of the proceedings?